**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THERESA JEANETTA RAMANIRAHAMN,

Plaintiff,

v.

FEDERAL BANKRUPTCY COURT OF NEVADA, et al.,

Defendants.

2:10-CV-1459 JCM (PAL)

**ORDER**

Presently before the court is defendants Federal Bankruptcy Court of Nevada, et al's motion for enlargement of time to respond to plaintiff's complaint. (Doc. #10).

The plaintiff filed a 94-page complaint on August 30, 2010, against Federal Bankruptcy Court of Nevada, United States Senator Harry Reid, Congresswoman Shelley Berkley, United States Attorney General Eric Holder, United States Bankruptcy Judge Linda Riegel, Federal Bankruptcy Chapter 13 Trustee Kathleen Leavitt, United States Attorney for the District of Nevada Daniel Bogden (hereinafter "Federal Defendants") and several other state and local officials and entities. In the present motion, Federal Defendants ask this court to grant them an enlargement of time to file a response to the complaint.

Under Fed. R. Civ. P 6(b)(1), "the court for cause shown may at any time in its discretion ... with or without motion or notice order the period of enlargement if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order." Fed. R. Civ.

P. 12(a)(2) and (3) provide that a United States agency or a United States officer or employee sued in an official capacity or as an individual, must file a response within 60 days after service on the United States attorney.

Federal Defendants assert that due to the lengthy 94-page complaint, the numerous allegations against numerous defendants, and the "competing case commitments" that counsel has, that counsel will need additional time to complete an appropriate response to the complaint. Defendants also assert that they "are not actually required to respond to [p]laintiff's [c]omplaint as [p]laintiff has failed to execute service of her [c]omplaint in accordance with the requirements of Federal Rule of Civil Procedure 4," and are not waiving their defenses of personal jurisdiction or service of process by filing this motion.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Federal Defendants' motion for enlargement of time to respond to plaintiff's complaint (doc. #10) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Federal Defendants file their response with the court on or before January 3, 2011.

DATED December 20, 2010.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**