# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THERESA JEANETTA RAMANIRAHAMN,

        Plaintiff,

v.

FEDERAL BANKRUPTCY COURT OF NEVADA, et al.,

        Defendants.

2:10-CV-1459 JCM (PAL)

**ORDER**

Presently before the court is defendants Federal Bankruptcy Court of Nevada, et al's motion for extension of time. (Doc. #22). Plaintiff Theresa Jeanetta Ramanirahamn did not file an opposition.

On December 12, 2010, defendants filed a motion to dismiss. (Doc. #11). On December 29, 2010, the court granted plaintiff an extension of time to file her opposition to the motion. (Doc. #17). Plaintiff filed a "response to the motion to dismiss" (doc. #19), a "statement argument," (doc. #20), and an "amended motion: not to dismiss federal case" (doc. #21). Defendants' reply to her oppositions was due on January 31, 2011.

In the present motion for an extension of time (doc. #22), defendants assert that the extension is necessary in light of the multiple oppositions the plaintiff filed, the fact that the case was recently reassigned to present counsel, and the fact that counsel has inherited several cases from the AUSA that resigned and has been handling motions and attending settlement conferences in those cases.

**James C. Mahan**
**U.S. District Judge**

1  Defendants request that this court extend the time for them to reply from January 31, 2011, to
2  February 14, 2011.
3       Good cause appearing,
4       IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants Federal
5  Bankruptcy Court of Nevada, et al's motion for extension of time (doc. #22) be, and the same hereby
6  is, GRANTED.
7       IT IS THEREFORE ORDERED that defendants properly file and serve their reply on or
8  before February 14, 2011.
9       DATED February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**